# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LOUIS VIGNOLA, *et al.*,

                Plaintiffs,

vs.

CHARLES ALFRED GILMAN, JR., *et al.*,

                Defendants.

Case No. 2:10-cv-02099-PMP-PAL

**ORDER**

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered December 2, 2010, regarding removal of this case to federal district court. On December 20, 2010, Defendant Auto-Owners Insurance Company filed a signed Statement (Dkt. #6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a Joint Status Report **no later than 4:00 p.m., January 14, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 30th day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge