# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS VIGNOLA, *et al.*, | 2:10-CV-02099-PMP-GWF |
| Plaintiffs, | **ORDER** |
| vs. | |
| CHARLES ALFRED GILMAN, JR., *et al.*, | |
| Defendants. | |

The Court having read and considered Defendant Gilman's Motion to Dismiss Plaintiffs' Complaint (Doc. #36), Plaintiffs' Response in Opposition Thereto (Doc. #39) and Defendant Gilman's Reply (Doc. #41), and good cause appearing,

**IT IS ORDERED** that Defendant Gilman's Motion to Dismiss Plaintiffs' Complaint (Doc. #36) is **DENIED**.

DATED: July 18, 2011.

_____
PHILIP M. PRO
United States District Judge