UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LOUIS VIGNOLA, et al.,         )
                               )
         Plaintiff,            )         **O R D E R**
                               )
vs.                            )         2:10-CV-2099-PMP-GWF
                               )
AUTO-OWNERS INSURANCE COMPANY, )
                               )
         Defendant.            )
_____)

Plaintiffs having filed no timely Opposition to Defendant Auto-Owners Insurance Company's Motion to Determine Applicable Law [61], and good cause appearing,

**IT IS ORDERED** that Defendant Auto-Owners Insurance Company's Motion [61] to determine that Colorado Law shall apply to Plaintiffs' claims is GRANTED.

DATED: January 30, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE