UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS VIGNOLA, individually; TAMARA HARLESS, as Special Administrator for the Estate of NANCY MARIE OUELLET; LOUIS VIGNOLA, as Guardian ad Litem for CAROLYN VIGNOLA, a minor; and LOUIS VIGNOLA, as Guardian ad Litem for GABRIEL VIGNOLA, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES ALFRED GILMAN, JR., AUTO-OWNERS INSURANCE COMPANY, MUTUAL OF ENUMCLAW INSURANCE COMPANY, DOES I–X AND ROE CORPORATIONS XI–XX, inclusive<br><br>    Defendants. | 2:10-CV-02099-PMP-GWF<br><br>ORDER |

        Presently before the Court is Plaintiffs' Motion for Reconsideration (Doc. #67), filed February 8, 2012. On February 27, 2012, Defendant Auto-Owners Insurance Company ("Defendant Auto-Owners") filed an Opposition (Doc. #72), and Defendant Charles Alfred Gilman ("Defendant Gilman") filed an Opposition (Doc. #73). On March 7, 2012, Plaintiffs filed a Reply to both Oppositions (Docs. #78, 79), and Defendant Auto-Owners filed a Supplemental Response (Doc. #80).

        Having read and considered the filings before the Court, the Court finds excusable neglect justifying relief under Federal Rule of Civil Procedure 60(b). Accordingly, the Court will grant Plaintiffs' Motion for Reconsideration as it relates to the

Court's Order on Defendants' Motion to Determine Applicable Law (Doc. #64). Plaintiffs shall file an Opposition to Defendants Motion to Determine Applicable Law by March 28, 2012, and Defendants shall have seven (7) days after service of the Opposition to file a Reply. The Court will deny Plaintiffs' request to enforce a settlement agreement between Plaintiffs and Defendant Gilman. The Court will grant a thirty (30) day extension for the deadlines for close of discovery and dispositive motions. The new discovery deadlines will be as follows:

        Close of discovery:    May 9, 2012

        Dispositive Motions:    June 9, 2012

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Reconsideration (Doc. #67) is hereby GRANTED in part and DENIED in part. The Motion is GRANTED as to Plaintiff's request for reconsideration of the Court's Order on Defendants Motion to Determine Applicable Law (Doc. #64) and Plaintiffs' request for a thirty (30) day extension for the deadlines for close of discovery and dispositive motions. The Motion is DENIED in all other respects.

DATED: March 14, 2012

_____
PHILIP M. PRO
United States District Judge