# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LOUIS VIGNOLA, *et al.*, )
                          Plaintiffs, )    Case No. 2:10-cv-02099-PMP-GWF
vs. )    **ORDER**
CHARLES ALFRED GILMAN, JR., *et al.*, )
                        Defendants. )

       The Court conducted a hearing on April 26, 2012, on Defendant Auto-Owners' Motion to Strike Expert Witnesses (#82), filed March 26, 2012 and Plaintiff's Motion to Compel Disclosure (#85), filed March 28, 2012.  Afer discussion with the parties, the Court finds that ruling on the above discovery motions is premature.  Therefore, in anticipation of Defendant Auto-Owners filing a motion for summary judgment within two weeks of this order and based on the reasonable likelihood that the motion may be granted, the Court will stay all discovery in this matter until decision on that motion.  Accordingly,

       **IT IS HEREBY ORDERED** that discovery in the matter is **stayed** pending decision on Defendant Auto-Owners' forthcoming motion for summary judgment.

       **IT IS FURTHER ORDERED** that the parties shall file a status report within **one week** of a decision on the motion for summary judgment regarding the status of the pending discovery motions in light of the Court's ruling.

       DATED this 26th day of April, 2012.

                                                           */s/ George Foley Jr.*
                                                         GEORGE FOLEY, JR.
                                                         United States Magistrate Judge