# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VIGNOLA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:10-cv-02099-PMP-GWF |
| ) | |
| v. ) | **MINUTE ORDER** |
| ) | |
| CHARLES ALFRED GILMAN, JR., *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | Dated:   October 24, 2012 |

THE HONORABLE   George Foley, Jr.   UNITED STATES MAGISTRATE JUDGE

JUDICIAL ASSISTANT:  Julia Wright         RECORDER:           None

COUNSEL FOR PLAINTIFF(S)   :        None Appearing

COUNSEL FOR DEFENDANT(S)  :        None Appearing

MINUTE ORDER IN CHAMBERS :

     As the Court indicated in its Order #93, making a ruling on the Defendant Auto-Owners' Motion to Strike Expert Witnesses (#82) and Plaintiff's Motion to Compel Disclosure (#85) would be premature prior to the rulings on Plaintiffs' motion for summary judgment (#95) and Defendant Auto-Owners' cross motion for summary judgment (#98).  Accordingly,

     **IT IS HEREBY ORDERED** that Defendant Auto-Owners' Motion to Strike Expert Witnesses (#82) and Plaintiff's Motion to Compel Disclosure (#85) are **vacated**, without prejudice to refiling, following a decision on Plaintiffs' motion for summary judgment (#95) and Defendant Auto-Owners' cross motion for summary judgment (#98).

     */s/ George Foley Jr.*
     **GEORGE FOLEY, JR.**
     **UNITED STATES MAGISTRATE JUDGE**