UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS VIGNOLA, individually and as guardian ad litem on behalf of CAROLYN VIGNOLA AND GABRIEL VIGNOLA, and TAMARA HARLESS, Special Administrator on behalf of ESTATE OF NANCY MARIE OUELLET,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES ALFRED GILMAN, JR.; AUTO-OWNERS INSURANCE COMPANY; AND MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>Defendants. | 2:10-CV-02099-PMP-GWF<br><br>ORDER |

  IT IS ORDERED that Defendant Auto-Owners Insurance Company's Motion for Reconsideration of Order Granting Plaintiffs' Motion in Limine (Doc. #166) is hereby GRANTED.

  IT IS FURTHER ORDERED that the Court's Order (Doc. #164) granting Plaintiffs' Motion in Limine (Doc. #159) is hereby VACATED.

DATED: July 30, 2013

_____
PHILIP M. PRO
United States District Judge