1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

8

9

10

11

12

13

|  |  |  |
|---|---|---|
| LOUIS VIGNOLA, *et al.*, | ) | 2:10-CV-02099-PMP-GWF |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) |  |
| CHARLES ALFRED GILMAN, JR., *et al.*, | ) |  |
| Defendants. | ) |  |

14        Before the Court for consideration is Defendant Auto-Owners Insurance

15   Company's fully briefed  Motion for Separate Trials pursuant to Rule 42(b) of the

16   F.R.C.P. (Doc. #161).

17        This case arises from a tragic motorcycle accident occurring on July 22, 2010,

18   which caused the death of Nancy Ouellet.  The Court concludes that trial of the

19   remaining claims on behalf of Ms. Ouellet against Charles Gilman, Jr., driver of the

20   automobile involved in the accident, should appropriately be tried separately from

21   Plaintiffs' claims against Defendant Auto-Owners Insurance Company for breach of

22   contract, common law bad faith, and violation of C. R. S. §§ 10-3-115 and -1116.  The

23   Court concludes that as the claims against the respective Defendants do not involve

24   common questions of law or fact, a consolidated trial would prejudice said Defendants

25   to a significantly greater degree than any prejudice resulting to Plaintiff by bifurcation

26   of trials.

1

2      **IT IS THEREFORE ORDERED** that Defendant's Motion for Separate Trials

3   Pursuant to Rule 42(b) of the F. R. C. P. (Doc. #161) is **GRANTED**.

4      **IT IS FURTHER ORDERED** that the trial of Plaintiffs' claims against

5   Defendant Charles Gilman, Jr. shall proceed first, following which a trial of Plaintiffs'

6   claims against Defendant Auto-Owners Insurance Company will proceed.

7

8   DATED:   August 19, 2013.

9

10

11                                    _____

12                                    PHILIP M. PRO
                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26