## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS VIGNOLA, *et al.*, | 2:10-CV-02099-PMP-GWF |
| Plaintiffs, | **ORDER** |
| vs. | |
| CHARLES ALFRED GILMAN, JR., *et al.*, | |
| Defendants. | |

Before the Court for consideration is Plaintiffs' Motions in Limine (Doc. #159) filed July 10, 2013. The motion is fully briefed, and contains seventeen separate motions for relief relating to evidence which should be admitted at trial.

However, there remain at issue in this case Plaintiffs' Amended Motion for Summary Judgment (Doc. #137), Defendant Auto-Owners Insurance Company's Second Motion for Summary Judgement (Doc. #155) and Defendant Auto-Owners' Motion to Bifurcate Trial (Doc. #161). Moreover, no trial date has been set in this case, and will not until resolution of the foregoing motions and the filing of a Joint Pretrial Order. As a result, the Court finds it premature to consider the many forms of relief sought by Plaintiffs' Motions in Limine (Doc. #159), and concludes that it is appropriate to reserve addressing the arguments raised therein until after adjudication of the pending motions for summary judgment and the filing of the Joint Pretrial Order which may clarify and narrow the issues for trial.

1    **IT IS THEREFORE ORDERED** that Plaintiffs' Motions in Limine (Doc.
2    #159) is hereby **DENIED** without prejudice to renew the same following the filing by
3    the Parties of the Joint Pretrial Order in this case and the setting of a trial date.

5    DATED:   August 19, 2013.

*(signature)*

PHILIP M. PRO
United States District Judge