UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Louis Vignola, et al., )<br>)<br>)<br>Plaintiff(s), )<br>)<br>vs )<br>)<br>Charles Alfred Gilman, Jr., et al. )<br>)<br>)<br>Defendant(s). )<br>_____ ) | Case # 2:10-cv-2099 PMP-GWF<br><br>ORDER REFERRING CASE FOR<br>SETTLEMENT CONFERENCE |

    This case is currently stacked on the Trial Calendar of October 21, 2014 for a Jury Trial.

    **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley, Jr.** for a settlement conference.

    DATED this 27th day of January, 2014.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE