UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS VIGNOLA, individually and as guardian ad litem on behalf of CAROLYN VIGNOLA AND GABRIEL VIGNOLA, and TAMARA HARLESS, Special Administrator on behalf of ESTATE OF NANCY MARIE OUELLET,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHARLES ALFRED GILMAN, JR.; AUTO-OWNERS INSURANCE COMPANY; AND MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>                    Defendants. | 2:10-CV-02099-PMP-GWF<br><br>ORDER |

In light of the settlement of Plaintiffs' claims against Defendant Auto-Owners Insurance Company,

IT IS ORDERED that the parties shall file a joint status report on or before March 11, 2014, regarding the status of the remaining claims against Defendant Charles Alfred Gilman, Jr.

DATED:  February 19, 2014

_____
PHILIP M. PRO
United States District Judge