UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| LOUIS VIGNOLA, individually and as guardian ad litem on behalf of CAROLYN VIGNOLA AND GABRIEL VIGNOLA, and TAMARA HARLESS, Special Administrator on behalf of ESTATE OF NANCY MARIE OUELLET, ) ) ) ) ) ) ) | 2:10-CV-02099-PMP-GWF |
| Plaintiffs, ) ) | ORDER |
| v. ) ) | |
| CHARLES ALFRED GILMAN, JR.; AUTO-OWNERS INSURANCE COMPANY; AND MUTUAL OF ENUMCLAW INSURANCE COMPANY, ) ) ) ) ) | |
| Defendants. ) ) | |

In light of the settlement of Plaintiffs' claims against Defendant Auto-Owners Insurance Company,

IT IS ORDERED that the parties shall file a joint status report on or before March 11, 2014, regarding the status of the remaining claims against Defendant Charles Alfred Gilman, Jr.

DATED:  February 19, 2014

PHILIP M. PRO
United States District Judge