# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Louis Vignola, et al.,

                Plaintiffs,

V.

Charles Alfred Gilman, Jr.. et al.,

                Defendants.

**ATTORNEY'S FEES**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-02099-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs are awarded $350,000 in attorney's fees and $1,910,096.52 in prejudgment interest.

October 16, 2017  
Date

/s/ Debra K. Kempi  
Clerk

/s/ S. Denson  
(By) Deputy Clerk